## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Arcadia Motors, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-1616561 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>224 Gap Farms Road<br>Shreveport, LA 71101<br>Number, Street, City, State & ZIP Code<br><br>Bienville<br>County | **Mailing address, if different from principal place of business**<br><br>3117 W 70th Street<br>Shreveport, LA 71108-4605<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  Arcadia Motors, LLC                                   Case number (if known) _____
        Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| Debtor | Arcadia Motors, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Arcadia Motors, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 8, 2025
                        MM / DD / YYYY

X /s/   Thomas Green Martin                              Thomas Green Martin
Signature of authorized representative of debtor            Printed name

Title   Managing Member

**18. Signature of attorney**

X /s/ Thomas R. Willson                              Date   September 8, 2025
Signature of attorney for debtor                            MM / DD / YYYY

Thomas R. Willson
Printed name

Rocky Willson Law Office
Firm name

1330 Jackson Street, Suite C
Alexandria, LA 71301
Number, Street, City, State & ZIP Code

Contact phone   (318) 442-8658        Email address   rocky@rockywillsonlaw.com

13546 LA
Bar number and State

## United States Bankruptcy Court
### Western District of Louisiana

In re    Arcadia Motors, LLC                 Case No.          
                         Debtor(s)               Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 8, 2025           /s/ Thomas Green Martin
                                         Thomas Green Martin/Managing Member
                                         Signer/Title

EXETER FINANCE
P O BOX 650693
DALLAS, TX 75265

IKSLA
P O BOX 14200
TALLAHASSEE, FL 32317

JOSEPH MCCARVER
17259 VIOLA CARROLL RD
BASTROP, LA 71220

FAIRY YARDFATHERS
3006 W CALIFORNIA AVE
RUSTON, LA 71270

INDUSTRIAL ROOFING
1128 HIGHWAY 2
STERLINGTON, LA 71280

JOSHUA BLADES
16442 HWY 2
BERNICE, LA 71222

GEAUX OVERHEAD
P O BOX 132
FARIRBANKS, LA 71240

INTEGRITY VOICE
P O BOX 53323
SHREVEPORT, LA 71135

JUSTIN MCCREADY
803 MARIE AVE
RUSTON, LA 71270

GLENN CRAWFORD
999 CRAWFORD RD
CARTHAGE, MS 39051

IRON STONE HOLDINGS
P O BOX 517
WEST MONROE, LA 71294

KMSS
P O BOX 840148
DALLAS, TX 75284

GREAT AMERICAN BUSINESS PRODUCT
P O BOX 4422
HOUSTON, TX 77210

IRONSTONE HOLDINGS
104 ENTERPRISE ST
WEST MONROE, LA 71291

KRISTIN LYNN WILLIAMS
143 MT PISGAH LN
RUSTON, LA 71270

GWAYLON BROWN
162 SHILOH CEMETARY RD
GIBSLAND, LA 71028

JACK BUTTITTA
27070 PERDIDO BEACH BLVD
ORANGE BEACH, AL 36561

KTAL
P O BOX 840148
DALLAS, TX 75284

HEALTH PLANS OF LA
2090 STOCKWELL RD
BOSSIER CITY, LA 71111

JAMES BREEDLOVE
104 BOYD RD
EUDORA, AK 71640

LADA
7526 PICARDY AVE
BATON ROUGE, LA 70802

HENRY TRIMBLE
350 BYRAM RIVE APT 805
BYRAM, MS 39272

JASON BULLOCK
1001 SOUTH MAIN ST
KALISPELL, LA 71291

LASHUNDA WILLIAMS
225 E ELMWOOD ST
SHREVEPORT, LA 71104

HODGES & WREYFORD
920 PIERREMONT DR #407
SHREVEPORT, LA 71106

JERRY BAILEY JR
811 HIGHWAY 519
ARCADIA, LA 71001

LOUIS PARKER
354 HARRELL RD
WEST MONROE, LA 71291

HOUSE OF RAEFORD
P O BOX 707
ARCADIA, LA 71001

JOHN MADISON III
602 NEWETT VICK DR
VICKSBURG, MS 39183

MARION STATE BANK
P O BOX 7
MARION, LA 71260

| | | |
|---|---|---|
| MICHAEL CASTLEMAN<br>1001 BEECH STREET<br>MAGNOLIA, AR 71754 | RACHEL RICKS<br>167 CURRY CREEK DR<br>CALHOUN, LA 71225 | RUSTY MURRAY<br>614 CARROLLTON ST<br>BOSSIER CITY, LA 71112 |
| MYERS TIRE SUPPLY<br>1100 N HICKORY BLVD STE 102<br>PLEASANT HILL, IA 50327 | RED BALL OXYGEN<br>P O BOX 669131<br>DALLAS, TX 75266 | SERVICE LANE EADVISOR<br>P O BOX 737730<br>DALLAS, TX 75373 |
| NATIONAL AUTO CARE<br>440 POLARIS PKWY<br>WESTERVILLE, OH 43082 | REGIONAL ACCEPTANCE<br>1424 E FIRE TOWER ROAD<br>GREENVILLE, NC 27858 | SERVICE PAYMENT PLAN<br>303 E WACKER DR<br>CHICAGO, IL 60691 |
| NORTHEAST LA CONTAINERS<br>P O BOX 2417<br>WEST MONROE, LA 71294 | RENASCENT PROTECTION<br>5500 FRANTZ RD SUITE 100<br>DUBLIN, OH 43017 | SMALL BUSINESS ADMINISTRATION<br>P O BOX 3918<br>PORTLAND, OR 97208 |
| OREILLY AUTO PARTS<br>P O BOX 9464<br>SPRINGFIELD, MO 65801 | REYNOLDS & REYNOLDS<br>P O BOX 182206<br>COLUMBUS, OH 43218 | SMARTS PLUMBING<br>P O BOX 60<br>ARCADIA, LA 71001 |
| OSLA<br>P O BOX 14200<br>TALLAHASSEE, FL 32317 | RIMCOR INC<br>1205 JIM WALTER DR<br>TEXARKANA, AR 71854 | SOUTHWEST FAD<br>6550 WULIGER WAY<br>NORTH RICHLAND, TX 76180 |
| PAUL WILLIAMS<br>19412 SEA ISLAND DRIVE<br>PFLUGERVILLE, TX 78660 | ROGER M LEE<br>107 YELLOWSTONE CIRCLE<br>WEST MONROE, LA 71292 | STRUTTS FARM<br>15524 STRUTTS RD<br>BONITA, LA 71223 |
| PAULA SHINE<br>300 MILLS ST  P O BOX 53<br>P.O. Box 53<br>ATHENS, LA 71003 | RONNIE HARRIS<br>103 N CHATHAM RD<br>RUSTON, LA 71270 | SUNBELT TRANSFERS<br>3285 FREEDOM LN SE<br>MOULTRIE, GA 31788 |
| PEAR TREE ENTERPRISES<br>1535 GRIMMETT DR<br>SHREVEPORT, LA 71107 | ROUTE ONE<br>16902 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | TARGET GLASS<br>P O BOX 21<br>HOMER, LA 71040 |
| PLUNKS WRECKER SERVICE<br>108 JONESBORO RD<br>WEST MONROE, LA 71292 | ROY HEAD<br>21811 OAK LEAF LANE<br>BALLARD, TX 75757 | THE PURPLE GUYS<br>P O BOX 306471<br>NASHVILLE, TN 37230 |

| | | |
|---|---|---|
| 700 CREDIT<br>P O BOX 101015<br>PASADENA, CA 91189 | BIG FROG TSHIRTS<br>2332 STERLINGTON RD<br>MONROE, LA 71203 | CNA SURETY<br>P O BOX 957312<br>ST LOUIS, MO 63105 |
| ABC AUTO PARTS<br>725 BERT KOUNS IND LOOP<br>SHREVEPORT, LA 71118 | BLUE HERON HOMES<br>27 WADE ROAD<br>RED LODGE, MT 59068 | CONSUMER PORTFOLIO<br>19500 JAMBOREE RD SUITE 600<br>IRVINE, CA 92612 |
| ADESA ARKLATEX<br>7666 HWY 80 W<br>SHREVEPORT, LA 71119 | BLUE HERON HOMES<br>300 WASHINTON ST #212<br>MONROE, LA 71201 | CROW BURLINGAME<br>1383 HAZEL STREET<br>ARCADIA, LA 71001 |
| AER TECHNOLOGIES INC<br>P O BOX 515849<br>LOS ANGELES, CA 90051 | BRADLEY INDUSTRIAL LEASING LLC<br>740 HWY 82 W<br>HAMBURG, AR 71646 | CRUMP OIL<br>P O BOX 389<br>HOMER, LA 71040 |
| AMERICAS AA S'PORT<br>8000 US 80 W<br>SHREVEPORT, LA 71119 | BRIAN MARKS<br>2424 1ST AVE SOUTH<br>BILLINGS, MT 59101 | DANA PAYNE<br>1975 TUCKER STORE RD<br>SPEARSVILLE, LA 71277 |
| ANDERSON PEST CONTROL<br>181 COWBOY LANE<br>CALHOUN, LA 71225 | BRIAN SMITH<br>110 BARR LN<br>WEST MONROE, LA 71291 | DAVID'S MOBILE DETAIL<br>P O BOX 15256<br>MONROE, LA 71207 |
| ANEW TRANSPORT<br>P O BOX 141<br>HILLSBORO, MO 63050 | C & R SWEET DELIGHT<br>100 LLANFAIR DR<br>RUSTON, LA 71270 | DEALERSLINK<br>11001 W 120TH AVE<br>BROOMFIELD, CO 80021 |
| AOP METAL FABRICATORS<br>162 WOOD ST<br>CROSSETT, AR 71635 | CARLEEN HEATH<br>6010 SE 99TH PLACE<br>BELLEVIEW, FL 34420 | DENETRA GOODE<br>5108 MCCLENNAN BLVD #146<br>ANNISTON, AL 36206 |
| ARI FLEET<br>4001 LEADENHALL RD<br>MT LAUREL, NJ 08054 | CARNATHAN & COMPANY<br>400 J T GRIGGS<br>CALHOUN, LA 71225 | EAST TEXAS BG INC<br>P O BOX 6867<br>TYLER, TX 75711 |
| ARKLATEX HOMEPAGE<br>P O BOX 840148<br>DALLAS, TX 75284 | CHASE AUTO<br>P O BOX 901087<br>FORT WORTH, TX 76101 | ENTERPRISE FM TRUST<br>600 CORPORATE PARK DR<br>ST LOUIS, MO 63105 |

TOWN OF ARCADIA
P O BOX 767
ARCADIA, LA 71001


TOWN OF ARCADIA
1819 SOUTH RAILROAD AVE
ARCADIA, LA 71001


TWIN OAKS NURSERY
2700 MCDONALD AVE
RUSTON, LA 71270


UNIFIRST CORPORATION
P O BOX 650481
DALLAS, TX 75265


UNITED RADIO
5703 ENTERPRISE PARKWAY
EAST SYRACUSE, NY 13057


WEBSTER PRINTING
716 BROADWAY
MINDEN, LA 71055


WESTLAKE FINANCIAL
P O BOX 847476
LOS ANGELES, CA 90084


WHITES DISTRIBUTING
404 UNDERWOOD ST
FARMERVILLE, LA 71241


WURTH USA INC
P O BOX 843948
DALLAS, TX 75284