Fill in this information to identify the case:

Debtor name    Arcadia Motors, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    25-11050

☒ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bonvenu Bank | Checking | 9140 | $12,379.00 |
| 3.2. | Gibsland Bank & Trust (Closed) | Checking | | Unknown |
| 3.3. | First Guaranty | Checking | 8429 | $0.00 |
| 3.4. | VeraBank | Savings | 2180 | $666.24 |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$13,045.24

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

25-11050 - #20  File 12/04/25  Enter 12/04/25 16:07:37  Main Document  Pg 1 of 33

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies 2024 GMC Yukon VIN #1GKS1DKL6RR137235 2024 Chevrolet Silverado VIN #1GCUDGEL8RZ308530 2022 Jeep Grand Cherokee VIN #1C4RJJDG6N8556162 | | $0.00 | | $120,500.00 |
| Parts Return & Special Tools | | $0.00 | | $110,000.00 |

**23. Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$230,500.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Desks, Computers, supplies, etc. | $0.00 | | Unknown |

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| **43.** Total of Part 7. | | $0.00 |
| Add lines 39 through 42.   Copy the total to line 86. | | |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☒ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** Aircraft and accessories | | | |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| 3 key machines leased | $0.00 | | Unknown |

| | | |
|---|---|---|
| **51.** Total of Part 8. | | $0.00 |
| Add lines 47 through 50.   Copy the total to line 87. | | |

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Lawsuit for Claim to funds on deposit in Guaranty Bank (Ruston) which are collateral of Vera Bank | | $0.00 | | $700,000.00 |

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$700,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

    Claim for return of funds from Chad Griggs                                          Unknown
    _____                    _____
    Nature of claim        insider transaction
    Amount requested          $105,000.00

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

78. Total of Part 11.

    Add lines 71 through 77. Copy the total to line 90.                                 $0.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $13,045.24 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $230,500.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*............................................................................> | | $700,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $243,545.24 | + 91b.  $700,000.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $943,545.24 |

Fill in this information to identify the case:

Debtor name     Arcadia Motors, LLC

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)     25-11050

☒ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Small Business Administration**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>Chattels, Accounts Receivable | Unknown | $0.00 |
|---|---|---|---|---|

P O Box 3918
Portland, OR 97208

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Vera Bank**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>inventory of used vehicles | $2,237,605.00 | $120,500.00 |
|---|---|---|---|---|

P.O. Box 1009
Henderson, TX 75653

Creditor's mailing address

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/13/22

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $2,237,605.00 |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name   Arcadia Motors, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   25-11050

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,765.10 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
700 Credit
P O Box 101015
Pasadena, CA 91189

As of the petition filing date, the claim is: *Check all that apply.*          $1,765.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Abc Auto Parts
725 Bert Kouns Ind Loop
Shreveport, LA 71118

As of the petition filing date, the claim is: *Check all that apply.*          $1,981.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Adesa Arklatex
7666 Hwy 80 W
Shreveport, LA 71119

As of the petition filing date, the claim is: *Check all that apply.*          $360.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Aer Technologies Inc
P O Box 515849
Los Angeles, CA 90051

As of the petition filing date, the claim is: *Check all that apply.*          $673.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Americas Aa S'port
8000 US 80 W
Shreveport, LA 71119

As of the petition filing date, the claim is: *Check all that apply.*          $415.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset?   ☒ No   ☐ Yes

---

25-11050 - #20  File 12/04/25  Enter 12/04/25 16:07:37  Main Document  Pg 9 of 33

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Anderson Pest Control**
181 Cowboy Lane
Calhoun, LA 71225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**Anew Transport**
P O Box 141
Hillsboro, MO 63050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**Anew Transport**
P O Box 141
Hillsboro, MO 63050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Aop Metal Fabricators**
162 Wood St
Crossett, AR 71635

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Ari Fleet**
4001 Leadenhall Rd
Mount Laurel, NJ 08054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Cash Deal Not Titled
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,786.00 |
|---|---|---|---|

**Aridatex Homepage**
P O Box 840148
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.04 |
|---|---|---|---|

**Big Frog Tshirts**
2332 Sterlington Rd
Monroe, LA 71203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.89 |
|---|---|---|---|

**Blue Heron Homes**
27 Wade Road
Red Lodge, MT 59068

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deal from 10/21
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,457.12 |
|---|---|---|---|

**3.14**
Nonpriority creditor's name and mailing address
Blue Heron Homes
300 Washington St #212
Monroe, LA 71201

As of the petition filing date, the claim is: *Check all that apply.*                     $2,457.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Ford Deal Not Titled
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.15**
Nonpriority creditor's name and mailing address
Bradley Industrial Leasing LLC
740 Hwy 82 W
Hamburg, AR 71646

As of the petition filing date, the claim is: *Check all that apply.*                     $3,663.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  TD Auto Deal Not Titled
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.16**
Nonpriority creditor's name and mailing address
Brian Marks
2424 1St Ave South
Billings, MT 59101

As of the petition filing date, the claim is: *Check all that apply.*                     $86.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☐ No    ☒ Yes

---

**3.17**
Nonpriority creditor's name and mailing address
Brian Smith
110 Barr Ln
West Monroe, LA 71291

As of the petition filing date, the claim is: *Check all that apply.*                     $4,867.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Cash Deal Not Titled
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.18**
Nonpriority creditor's name and mailing address
C & R Sweet Delight
100 Llanfair Dr
Ruston, LA 71270

As of the petition filing date, the claim is: *Check all that apply.*                     $2,707.56

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  TD Car Deal
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.19**
Nonpriority creditor's name and mailing address
Capital Wholesale Group, LLC
3600 WQ Marshall Ave
Longview, TX 75604

As of the petition filing date, the claim is: *Check all that apply.*                     Unknown

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.20**
Nonpriority creditor's name and mailing address
Carleen Heath
6010 SE 99TH Place
Belleview, FL 34420

As of the petition filing date, the claim is: *Check all that apply.*                     $244.95

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.21**
Nonpriority creditor's name and mailing address
Carnathan & Company
400 J T Griggs
Calhoun, LA 71225

As of the petition filing date, the claim is: *Check all that apply.*                     $238.14

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Open Account
Is the claim subject to offset?  ☒ No    ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.93 |
|---|---|---|---|

**Chase Auto**
P O Box 901087
Fort Worth, TX 76101

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**CNA Surety**
P O Box 957312
Saint Louis, MO 63105

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,364.32 |
|---|---|---|---|

**Consumer Portfolio**
19500 Jamboree Rd Suite 600
Irvine, CA 92612

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,450.18 |
|---|---|---|---|

**Crow Burlingame**
1383 Hazel Street
Arcadia, LA 71001

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,114.15 |
|---|---|---|---|

**Crump Oil**
P O Box 389
Homer, LA 71040

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,295.88 |
|---|---|---|---|

**Dana Payne**
1975 Tucker Store Rd
Spearsville, LA 71277

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Ford Deal Not Titled__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**David's Mobile Detail**
P O Box 15256
Monroe, LA 71207

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dealer Solution USA Inc.**
4851 Tamiami Trial North
Suite 200
Naples, FL 34103

Date(s) debt was incurred __12/7/24__
Last 4 digits of account number __1201__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Rendered__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address<br>Dealer Solutions USA, Inc<br>4851 Tamiami Trial North<br>Suite 200<br>Naples, FL 34103 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $175,000.00 |
|---|---|---|
| | Date(s) debt was incurred  12/7/24<br>Last 4 digits of account number  1201 | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address<br>Dealerslink<br>11001 W 120th Ave<br>Broomfield, CO 80021 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,316.00 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address<br>Denetra Goode<br>Anniston, AL 36206 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $340.29 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address<br>DSMA<br>Andy Church, Vice President<br>4851 Tamiami<br>Naples, FL 34103 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Vendor Commission<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address<br>East Texas Bg Inc<br>P O Box 6867<br>Tyler, TX 75711 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $647.85 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address<br>Enterprise Fm Trust<br>600 Corporate Park Dr<br>Saint Louis, MO 63105 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $149.50 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address<br>Exeter Finance<br>P O Box 650693<br>Dallas, TX 75265 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,045.81 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address<br>Fairy Yardfathers<br>3006 W California Ave<br>Ruston, LA 71270 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Services Rendered<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

25-11050 - #20  File 12/04/25  Enter 12/04/25 16:07:37  Main Document  Pg 13 of 33

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|------|--------|--------|--------|

**3.38** Nonpriority creditor's name and mailing address
Geaux Overhead
P O Box 132
Fairbanks, LA 71240

As of the petition filing date, the claim is: *Check all that apply.*    **$330.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
Glenn Crawford
999 Crawford Rd
Carthage, MS 39051

As of the petition filing date, the claim is: *Check all that apply.*    **$2.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
Global Lending Services
P.O. Box 10437
Greenville, SC 29603

As of the petition filing date, the claim is: *Check all that apply.*    **$3,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  __2489__

Basis for the claim:  __Customer Rebate__
Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
Great American Business Products
P O Box 4422
Houston, TX 77210

As of the petition filing date, the claim is: *Check all that apply.*    **$263.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Open Account__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
Gwaylon Brown
162 Shiloh Cemetary Rd
Gibsland, LA 71028

As of the petition filing date, the claim is: *Check all that apply.*    **$308.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
Health Plans Of La
2090 Stockwell Rd
Bossier City, LA 71111

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
Henry Trimble
350 Byram Rive Apt 805
Byram, MS 39272

As of the petition filing date, the claim is: *Check all that apply.*    **$873.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Deal from 12/21__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
Hodges & Wreyford
920 Pierremont Dr #407
Shreveport, LA 71106

As of the petition filing date, the claim is: *Check all that apply.*    **$1,035.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.32 |

**House Of Raeford**
P O Box 707
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Iksla**
P O Box 14200
Tallahassee, FL 32317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,011.61 |

**Industrial Roofing**
1128 Highway 2
Sterlington, LA 71280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Ford Deal Not Titles__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.83 |

**Integrity Voice**
P.O. Box 53323
Shreveport, LA 71135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |

**Iron Stone Holdings**
P O Box 517
West Monroe, LA 71294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.90 |

**Ironstone Holdings**
104 Enterprise St
West Monroe, LA 71291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.50 |

**Jack Buttitta**
27070 Perdido Beach Blvd
Orange Beach, AL 36561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.73 |

**James Breedlove**
104 Boyd Rd
Eudora, AR 71640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deal from 12/20__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.50 |
| --- | --- | --- | --- |
| | Jason Bullock | | |
| | 1001 South Main St | ☐ Contingent | |
| | West Monroe, LA 71291 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Deal from 1/22 | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.55 |
| --- | --- | --- | --- |
| | Jerry Bailey Jr | | |
| | 811 Highway 519 | ☐ Contingent | |
| | Arcadia, LA 71001 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Barksdeal not Titled | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.44 |
| --- | --- | --- | --- |
| | John Madison III | | |
| | 602 Newett Vick Dr | ☐ Contingent | |
| | Vicksburg, MS 39183 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
| | John Patrick Campbell, III | | |
| | 4303 Hwy. 19 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Zachary, LA 70791 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Open Account | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.50 |
| --- | --- | --- | --- |
| | Joseph McCarver | | |
| | 17259 Viola Carroll Rd | ☐ Contingent | |
| | Bastrop, LA 71220 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Cash Deal Not Titled | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,041.00 |
| --- | --- | --- | --- |
| | Joshua Blades | | |
| | 16442 Hwy 2 | ☐ Contingent | |
| | Bernice, LA 71222 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Cash Deal Not Titled | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.83 |
| --- | --- | --- | --- |
| | Justin McCready | | |
| | 803 Marie Ave | ☐ Contingent | |
| | Ruston, LA 71270 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,640.00 |
| --- | --- | --- | --- |
| | Kmss | | |
| | P O Box 840148 | ☐ Contingent | |
| | Dallas, TX 75284 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.25 |
|---|---|---|---|

**Kristin Lynn Williams**
143 Mt Pisgah Ln
Ruston, LA 71270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,145.22 |
|---|---|---|---|

**Ktal**
P O Box 840148
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lada**
7526 Picardy Ave
Baton Rouge, LA 70802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.60 |
|---|---|---|---|

**Lashunda Williams**
225 E Elmwood St
Shreveport, LA 71104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lawrence Vaughn**
133 Railroad Ave.
Mangham, LA 71259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Open Account__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.16 |
|---|---|---|---|

**Louis Parker**
354 Harrell Rd
West Monroe, LA 71291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $859.67 |
|---|---|---|---|

**Michael Castleman**
1001 Beech Street
Magnolia, AR 71754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deal from 7/19__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Pearson**
3600 W Marshall Ave
Longview, TX 75604

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address
MJCFO, LLC dba Joe Machen Cap City Ford
807 Southwest Blvd
Jefferson City, MO 65109

Date(s) debt was incurred  01/27/2025

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Judgment

Is the claim subject to offset?  ☒ No   ☐ Yes

$47,601.92

---

**3.71** Nonpriority creditor's name and mailing address
Myers Tire Supply
1100 N Hickory Blvd Ste 10
Pleasant Hill, IA 50327

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$111.37

---

**3.72** Nonpriority creditor's name and mailing address
National Auto Care
440 Polaris Pkwy
Westerville, OH 43082

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,892.00

---

**3.73** Nonpriority creditor's name and mailing address
Northeast La Containers
P O Box 2417
West Monroe, LA 71294

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$432.20

---

**3.74** Nonpriority creditor's name and mailing address
Oreilly Auto Parts
P O Box 9464
Springfield, MO 65801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

$600.86

---

**3.75** Nonpriority creditor's name and mailing address
Osia
P O Box 14200
Tallahassee, FL 32317

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$60.00

---

**3.76** Nonpriority creditor's name and mailing address
Paul Williams
19412 Sea Island Drive
Pflugerville, TX 78660

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$89.25

---

**3.77** Nonpriority creditor's name and mailing address
Paula Shine
300 Mills St
P O Box 53
Athens, LA 71003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$10.44

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,360.91 |
|---|---|---|---|

**3.78**
Nonpriority creditor's name and mailing address
Pear Tree Enterprises
1535 Grimmett Dr
Shreveport, LA 71107

As of the petition filing date, the claim is: Check all that apply.  $6,360.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Deal Not Titled__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.79**
Nonpriority creditor's name and mailing address
Plunks Wrecker Service
108 Jonesboro Rd
West Monroe, LA 71292

As of the petition filing date, the claim is: Check all that apply.  $350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.80**
Nonpriority creditor's name and mailing address
Rachel Ricks
167 Curry Creek Dr
Calhoun, LA 71225

As of the petition filing date, the claim is: Check all that apply.  $262.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.81**
Nonpriority creditor's name and mailing address
Red Ball Oxygen
P O Box 669131
Dallas, TX 75266

As of the petition filing date, the claim is: Check all that apply.  $623.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.82**
Nonpriority creditor's name and mailing address
Regional Acceptance
1424 E Fire Tower Road
Greenville, NC 27858

As of the petition filing date, the claim is: Check all that apply.  $10,094.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.83**
Nonpriority creditor's name and mailing address
Renascent Protection
5500 Frantz Rd Suite 100
Dublin, OH 43017

As of the petition filing date, the claim is: Check all that apply.  $746.68

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.84**
Nonpriority creditor's name and mailing address
Reynolds & Reynolds
P O Box 182206
Columbus, OH 43218

As of the petition filing date, the claim is: Check all that apply.  $918.86

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Services Rendered__
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.85**
Nonpriority creditor's name and mailing address
Rimcor Inc
1205 Jim Walter Dr
Texarkana, AR 71854

As of the petition filing date, the claim is: Check all that apply.  $918.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Deal from 1/21__
Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | Arcadia Motors, LLC | Case number (if known) | 25-11050 |
|---|---|---|---|
| | Name | | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.40 |
|---|---|---|---|
| | Roger M Lee<br>107 Yellowstone Circle<br>West Monroe, LA 71292 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.08 |
|---|---|---|---|
| | Ronnie Harris<br>103 N Chatham Rd<br>Ruston, LA 71270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Exeter Deal Not Titled | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.80 |
|---|---|---|---|
| | Route One<br>16902 Collections Center Dr<br>Chicago, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.70 |
|---|---|---|---|
| | Roy Head<br>21811 Oak Leaf Lane<br>Bullard, TX 75757 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Deal from 1/20 | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.95 |
|---|---|---|---|
| | Rusty Murray<br>614 Carrollton St<br>Bossier City, LA 71112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,797.00 |
|---|---|---|---|
| | Service Lane Eadvisor<br>P O Box 737730<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,422.86 |
|---|---|---|---|
| | Service Payment Plan<br>303 E Wacker Dr<br>Chicago, IL 60691 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Services Rendered | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.61 |
|---|---|---|---|
| | Smarts Plumbing<br>P.O. Box 60<br>Arcadia, LA 71001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Aser | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,728.07 |
|---|---|---|---|

Southwest Fad
6550 Wullger Way
North Richland Hills, TX 76180

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,728.07 |
|---|---|---|---|

Southwest Fad
6550 Wullger Way
North Richland Hills, TX 76180

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Strutts Farm
15524 Strutts Rd
Bonita, LA 71223

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,678.00 |
|---|---|---|---|

Sunbelt Transfers
3285 Freedom Ln SE
Moultrie, GA 31788

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Superior Automotive, LLC
4303 Hwy. 19
Zachary, LA 70791

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

Target Glass
P.O. Box 21
Homer, LA 71040

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.50 |
|---|---|---|---|

The Purple Guys
P O Box 306471
Nashville, TN 37230

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

Town Of Arcadia
P O Box 767
Arcadia, LA 71001

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number _

Basis for the claim:  Utilities

Is the claim subject to offset?  ☒ No   ☐ Yes

25-11050 - #20  File 12/04/25  Enter 12/04/25 16:07:37  Main Document    Pg 21 of 33

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213.50 |
|---|---|---|---|

**3.102** Nonpriority creditor's name and mailing address
Twin Oaks Nursery
2700 McDonald Avenue
Ruston, LA 71270

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $213.50
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Open Account
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address
Unifirst Corporation
P.O. Box 650481
Dallas, TX 75265

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,116.76
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address
United Radio
5703 Enterprise Parkway
East Syracuse, NY 13057

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $984.83
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address
Webster Printing
716 Broadway
Minden, LA 71055

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $237.77
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address
Westlake Financial
P.O. Box 847476
Los Angeles, CA 90084

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $462.37
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address
White Distributing
404 Underwood Street
Farmerville, LA 71241

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $450.00
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address
Wilcoxen Air, Inc.
P.O. Box 18022
Shreveport, LA 71138

Date(s) debt was incurred  Services Rendered
Last 4 digits of account number  9923

As of the petition filing date, the claim is: *Check all that apply.*  $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address
Wurth USA Inc.
P.O. Box 943948
Dallas, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $642.22
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 369,345.67 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 369,345.67 |

# United States Bankruptcy Court
## Western District of Louisiana

In re  Arcadia Motors, LLC _____
                                    Debtor(s)

Case No.  25-11050 _____
Chapter   7 _____

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __22__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/25/25 _____

Signature  /s/  Thomas Green Martin _____
                  Thomas Green Martin
                  Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

700 Credit
P O Box 101015
Pasadena, CA 91189


Abc Auto Parts
725 Bert Kouns Ind Loop
Shreveport, LA 71118


Adesa Arklatex
7666 Hwy 80 W
Shreveport, LA 71119


Aer Technologies Inc
P O Box 515849
Los Angeles, CA 90051


Americas Aa S'port
8000 US 80 W
Shreveport, LA 71119


Anderson Pest Control
181 Cowboy Lane
Calhoun, LA 71225


Anew Transport
P O Box 141
Hillsboro, MO 63050


Aop Metal Fabricators
162 Wood St
Crossett, AR 71635


Ari Fleet
4001 Leadenhall Rd
Mount Laurel, NJ 08054


Arklatex Homepage
P O Box 840148
Dallas, TX 75284


Bienville Parish Sheriff
PO Box 328
Arcadia, LA 71001


Big Frog Tshirts
2332 Sterlington Rd
Monroe, LA 71203


Blue Heron Homes
27 Wade Road
Red Lodge, MT 59068


Blue Heron Homes
300 Washington St #212
Monroe, LA 71201

Bradley Industrial Leasing LLC
740 Hwy 82 W
Hamburg, AR 71646

Brian Marks
2424 1St Ave South
Billings, MT 59101

Brian Smith
110 Barr Ln
West Monroe, LA 71291

C & R Sweet Delight
100 Llanfair Dr
Ruston, LA 71270

Capital Wholesale Group, LLC
3600 WQ Marshall Ave
Longview, TX 75604

Carleen Heath
6010 SE 99TH Place
Belleview, FL 34420

Carnathan & Company
400 J T Griggs
Calhoun, LA 71225

Chase Auto
P O Box 901087
Fort Worth, TX 76101

CNA Surety
P O Box 957312
Saint Louis, MO 63105

Consumer Portfolio
19500 Jamboree Rd Suite 600
Irvine, CA 92612

Crow Burlingame
1383 Hazel Street
Arcadia, LA 71001

Crump Oil
P O Box 389
Homer, LA 71040

Dana Payne
1975 Tucker Store Rd
Spearsville, LA 71277

David's Mobile Detail
P O Box 15256
Monroe, LA 71207

Dealer Solution USA Inc.
4851 Tamiami Trial North
Suite 200
Naples, FL 34103


Dealer Solutions USA, Inc
4851 Tamiami Trial North
Suite 200
Naples, FL 34103


Dealerslink
11001 W 120th Ave
Broomfield, CO 80021


Denetra Goode
Anniston, AL 36206


DSMA
Andy Church, Vice President
4851 Tamiami
Naples, FL 34103


East Texas Bg Inc
P O Box 6867
Tyler, TX 75711


Enterprise Fm Trust
600 Corporate Park Dr
Saint Louis, MO 63105


Exeter Finance
P O Box 650693
Dallas, TX 75265


Fairy Yardfathers
3006 W California Ave
Ruston, LA 71270


Geaux Overhead
P O Box 132
Fairbanks, LA 71240


Glenn Crawford
999 Crawford Rd
Carthage, MS 39051


Global Lending Services
P.O. Box 10437
Greenville, SC 29603


Great American Business Products
P O Box 4422
Houston, TX 77210

Gwaylon Brown
162 Shiloh Cemetary Rd
Gibsland, LA 71028


Health Plans Of La
2090 Stockwell Rd
Bossier City, LA 71111


Henry Trimble
350 Byram Rive Apt 805
Byram, MS 39272


Hodges & Wreyford
920 Pierremont Dr #407
Shreveport, LA 71106


House Of Raeford
P O Box 707
Shreveport, LA 71101
       .

Iksla
P O Box 14200
Tallahassee, FL 32317


Industrial Roofing
1128 Highway 2
Sterlington, LA 71280


Integrity Voice
P.O. Box 53323
Shreveport, LA 71135


Iron Stone Holdings
P O Box 517
West Monroe, LA 71294


Ironstone Holdings
104 Enterprise St
West Monroe, LA 71291


Jack Buttitta
27070 Perdido Beach Blvd
Orange Beach, AL 36561


James Breedlove
104 Boyd Rd
Eudora, AR 71640


Jason Bullock
1001 South Main St
West Monroe, LA 71291


Jerry Bailey Jr
811 Highway 519
Arcadia, LA 71001

John Madison III
602 Newett Vick Dr
Vicksburg, MS 39183

John Patrick Campbell, III
4303 Hwy. 19
Zachary, LA 70791

Joseph McCarver
17259 Viola Carroll Rd
Bastrop, LA 71220

Joshua Blades
16442 Hwy 2
Bernice, LA 71222

Justin McCready
803 Marie Ave
Ruston, LA 71270

Kmss
P O Box 840148
Dallas, TX 75284

Kristin Lynn Williams
143 Mt Pisgah Ln
Ruston, LA 71270

Ktal
P O Box 840148
Dallas, TX 75284

Lada
7526 Picardy Ave
Baton Rouge, LA 70802

Lashunda Williams
225 E Elmwood St
Shreveport, LA 71104

Lawrence Vaughn
133 Railroad Ave.
Mangham, LA 71259

Louis Parker
354 Harrell Rd
West Monroe, LA 71291

Michael Castleman
1001 Beech Street
Magnolia, AR 71754

Michael Pearson
3600 W Marshall Ave
Longview, TX 75604

MJCFO, LLC dba Joe Machen Cap CIty Ford
807 Southwest Blvd
Jefferson City, MO 65109


Myers Tire Supply
1100 N Hickory Blvd Ste 10
Pleasant Hill, IA 50327


National Auto Care
440 Polaris Pkwy
Westerville, OH 43082


Northeast La Containers
P O Box 2417
West Monroe, LA 71294


Oreilly Auto Parts
P O Box 9464
Springfield, MO 65801


Osla
P O Box 14200
Tallahassee, FL 32317


Paul Williams
19412 Sea Island Drive
Pflugerville, TX 78660


Paula Shine
300 Mills St
P O Box 53
Athens, LA 71003


Pear Tree Enterprises
1535 Grimmett Dr
Shreveport, LA 71107


Plunks Wrecker Service
108 Jonesboro Rd
West Monroe, LA 71292


Rachel Ricks
167 Curry Creek Dr
Calhoun, LA 71225


Red Ball Oxygen
P O Box 669131
Dallas, TX 75266


Regional Acceptance
1424 E Fire Tower Road
Greenville, NC 27858


Renascent Protection
5500 Frantz Rd Suite 100
Dublin, OH 43017

Reynolds & Reynolds
P O Box 182206
Columbus, OH 43218


Rimcor Inc
1205 Jim Walter Dr
Texarkana, AR 71854


Roger M Lee
107 Yellowstone Circle
West Monroe, LA 71292


Ronnie Harris
103 N Chatham Rd
Ruston, LA 71270


Route One
16902 Collections Center Dr
Chicago, IL 60693


Roy Head
21811 Oak Leaf Lane
Bullard, TX 75757


Rusty Murray
614 Carrollton St
Bossier City, LA 71112


Service Lane Eadvisor
P O Box 737730
Dallas, TX 75373


Service Payment Plan
303 E Wacker Dr
Chicago, IL 60691


Small Business Administration
P O Box 3918
Portland, OR 97208


Smarts Plumbing
P.O. Box 60
Arcadia, LA 71001


Southwest Fad
6550 Wuliger Way
North Richland Hills, TX 76180


Strutts Farm
15524 Strutts Rd
Bonita, LA 71223


Sunbelt Transfers
3285 Freedom Ln SE
Moultrie, GA 31788

Superior Automotive, LLC
4303 Hwy. 19
Zachary, LA 70791


Target Glass
P.O. Box 21
Homer, LA 71040


The Purple Guys
P O Box 306471
Nashville, TN 37230


Thomas G. Martin
3117 West 70th Street
Shreveport, LA 71108


Town Of Arcadia
P O Box 767
Arcadia, LA 71001


Twin Oaks Nursery
2700 McDonald Avenue
Ruston, LA 71270


Unifirst Corporation
P.O. Box 650481
Dallas, TX 75265


United Radio
5703 Enterprise Parkway
East Syracuse, NY 13057


Vera Bank
P.O. Box 1009
Henderson, TX 75653


Webster Printing
716 Broadway
Minden, LA 71055


Westlake Financial
P.O. Box 847476
Los Angeles, CA 90084


White Distributing
404 Underwood Street
Farmerville, LA 71241


Wilcoxen Air, Inc.
P.O. Box 18022
Shreveport, LA 71138


Wurth USA Inc.
P.O. Box 943948
Dallas, TX 75284

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   Arcadia Motors, LLC _____   Case No.   25-11050 _____
                                              Debtor(s)       Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   November 25, 2025 _____       /s/  Thomas Green Martin _____
                                              Thomas Green Martin/Managing Member
                                              Signer/Title

Software Copyright (c) 1996-2025 Best Case, LLC  - www.bestcase.com                                    Best Case Bankruptcy