UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: ARCADIA MOTORS, LLC            CASE NO. 25-11050

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that a copy of the Amended Schedules A/B, D, and E/F have been provided to the parties set forth hereinafter, to-wit:

| | |
|---|---|
| Vera Bank<br>P.O. Box 1009<br>Henderson, TX 75653 | Superior Automotive, LLC<br>4303 Hwy. 19<br>Zachary, LA 70791 |
| Global Lending Services<br>P.O. Box 10437<br>Greenville, SC 29603 | Wilcoxen Air, Inc.<br>P.O. Box 18022<br>Shreveport, LA 71138 |
| John Patrick Campbell, III<br>4303 Hwy. 19<br>Zachary, LA 70791 | Lawrence Vaughn<br>133 Railroad Ave.<br>Mangham, LA 71259 |

I further certify that the Amended Schedules A/B, D, and E/F has been provided to those parties set forth in the matrix attached hereto on this 4th day of December, 2025.

/S/ THOMAS R. WILLSON
**THOMAS R. WILLSON**