```
Label Matrix for local noticing      700 Credit                    Abc Auto Parts
0536-5                                P O Box 101015                725 Bert Kouns Ind Loop
Case 25-11050                         Pasadena, CA 91189-0003       Shreveport, LA 71118-5703
Western District of Louisiana
Shreveport
Thu Dec  4 11:19:33 CST 2025

Adesa Arklatex                        Aer Technologies Inc          Americas Aa S'port
7666 Hwy 80 W                         P O Box 515849                8000 US 80 W
Shreveport, LA 71119                  Los Angeles, CA 90051-3149    Shreveport, LA 71119


Americas Aa S'port                    Anderson Pest Control         Anew Transport
8000 US 80 W S                        181 Cowboy Lane               P O Box 141
Shreveport, LA 71119                  Calhoun, LA 71225-8134        Hillsboro, MO 63050-0141


Aop Metal Fabricators                 Arcadia Motors, LLC           Ari Fleet
162 Wood St                           3117 W. 70th Street           4001 Leadenhall Rd
Crossett, AR 71635-4602               Shreveport, LA 71108-4605     Mount Laurel, NJ 08054-4611


Arklatex Homepage                     Mark A. Begnaud               Bienville Parish Sheriff
P O Box 840148                        POB 1369                      PO Box 328
Dallas, TX 75284-0148                 Natchitoches, LA 71458-1369   Arcadia, LA 71001-0328


Big Frog Tshirts                      Blue Heron Homes              Blue Heron Homes
2332 Sterlington Rd                   27 Wade Road                  300 Washington St #212
Monroe, LA 71203-3044                 Red Lodge, MT 59068           Monroe, LA 71201-6762


Bradley Industrial Leasing LLC        Brian Marks                   Brian Smith
740 Hwy 82 W                          2424 1St Ave South            110 Barr Ln
Hamburg, AR 71646-9587                Billings, MT 59101-4217       West Monroe, LA 71291-7552


C & R Sweet Delight                   CNA Surety                    Capital Wholesale Group, LLC
100 Llanfair Dr                       P O Box 957312                3600 WQ Marshall Ave
Ruston, LA 71270-9548                 Saint Louis, MO 63195-7312    Longview, TX 75604-4939


Carleen Heath                         Carnathan & Company           Chase Auto
6010 SE 99TH Place                    400 J T Griggs                P O Box 901087
Belleview, FL 34420                   Calhoun, LA 71225-8126        Fort Worth, TX 76101-2087


Consumer Portfolio                    Crow Burlingame               Crump Oil
19500 Jamboree Rd Suite 600           1383 Hazel Street             P O Box 389
Irvine, CA 92612-2467                 Arcadia, LA 71001-4113        Homer, LA 71040-0389
```

| | | |
|---|---|---|
| DSMA<br>Andy Church, Vice President<br>4851 Tamiami<br>Naples, FL 34103-3096 | Dana Payne<br>1975 Tucker Store Rd<br>Spearsville, LA 71277-3804 | David's Mobile Detail<br>P O Box 15256<br>Monroe, LA 71207-5256 |
| Dealer Solution USA Inc.<br>4851 Tamiami Trial North<br>Suite 200<br>Naples, FL 34103-3098 | Dealer Solutions USA, Inc<br>4851 Tamiami Trial North<br>Suite 200<br>Naples, FL 34103-3098 | Dealerslink<br>11001 W 120th Ave<br>Broomfield, CO 80021-3494 |
| Denetra Goode<br>Anniston, AL 36206 | East Texas Bg Inc<br>P O Box 6867<br>Tyler, TX 75711-6867 | Enterprise Fm Trust<br>600 Corporate Park Dr<br>Saint Louis, MO 63105-4204 |
| (p)EXETER FINANCE LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 | Fairy Yardfathers<br>3006 W California Ave<br>Ruston, LA 71270-1094 | Geaux Overhead<br>P O Box 132<br>Fairbanks, LA 71240-0132 |
| Gibsland Bank & Trust<br>P.O. Box 21990<br>Shreveport, LA 71120-1990 | Glenn Crawford<br>999 Crawford Rd<br>Carthage, MS 39051-7484 | Great American Business Products<br>P O Box 4422<br>Houston, TX 77210-4422 |
| Gwaylon Brown<br>162 Shiloh Cemetary Rd<br>Gibsland, LA 71028-4654 | Health Plans Of La<br>2090 Stockwell Rd<br>Bossier City, LA 71111-5730 | Henry Trimble<br>350 Byram Rive Apt 805<br>Byram, MS 39272-3508 |
| Hodges & Wreyford<br>920 Pierremont Dr #407<br>Shreveport, LA 71106-2093 | House Of Raeford<br>P O Box 707<br>Shreveport, LA 71162-0707 | Iksla<br>P O Box 14200<br>Tallahassee, FL 32317-4200 |
| Industrial Roofing<br>1128 Highway 2<br>Sterlington, LA 71280-3066 | Integrity Voice<br>P.O. Box 53323<br>Shreveport, LA 71135-3323 | Iron Stone Holdings<br>P O Box 517<br>West Monroe, LA 71294-0517 |
| Ironstone Holdings<br>104 Enterprise St<br>West Monroe, LA 71292-8012 | Jack Buttitta<br>27070 Perdido Beach Blvd<br>Orange Beach, AL 36561-3201 | James Breedlove<br>104 Boyd Rd<br>Eudora, AR 71640-2172 |
| Jason Bullock<br>1001 South Main St<br>West Monroe, LA 71291 | Jerry Bailey Jr<br>811 Highway 519<br>Arcadia, LA 71001-5345 | John Madison III<br>602 Newett Vick Dr<br>Vicksburg, MS 39183-8758 |

| | | |
|---|---|---|
| Joseph McCarver<br>17259 Viola Carroll Rd<br>Bastrop, LA 71220-6489 | Joshua Blades<br>16442 Hwy 2<br>Bernice, LA 71222-3108 | Justin McCready<br>803 Marie Ave<br>Ruston, LA 71270-2718 |
| Kmss<br>P O Box 840148<br>Dallas, TX 75284-0148 | Kristin Lynn Williams<br>143 Mt Pisgah Ln<br>Ruston, LA 71270-9407 | Ktal<br>P O Box 840148<br>Dallas, TX 75284-0148 |
| Lada<br>7526 Picardy Ave<br>Baton Rouge, LA 70808-4333 | Lashunda Williams<br>225 E Elmwood St<br>Shreveport, LA 71104-4607 | Louis Parker<br>354 Harrell Rd<br>West Monroe, LA 71291-9724 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | (p)JOHN W LUSTER<br>P O BOX 488<br>NATCHITOCHES LA 71458-0488 | MJCFO, LLC dba Joe Machen Cap CIty Ford<br>807 Southwest Blvd<br>Jefferson City, MO 65109-2657 |
| Bobby Manning<br>Bobby R. Manning<br>320 Pine Street<br>Monroe, LA 71201-6226 | Marion State Bank<br>P O Box 7<br>Marion, LA 71260-0007 | Michael Castleman<br>1001 Beech Street<br>Magnolia, AR 71753-3104 |
| Michael Pearson<br>3600 W Marshall Ave<br>Longview, TX 75604-4939 | Seth Moyers<br>Wiener, Weiss & Madison<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 | Myers Tire Supply<br>1100 N Hickory Blvd Ste 10<br>Pleasant Hill, IA 50327-7072 |
| National Auto Care<br>440 Polaris Pkwy<br>Westerville, OH 43082-6999 | Northeast La Containers<br>P O Box 2417<br>West Monroe, LA 71294-2417 | Oreilly Auto Parts<br>P O Box 9464<br>Springfield, MO 65801-9464 |
| Osla<br>P O Box 14200<br>Tallahassee, FL 32317-4200 | Paul Williams<br>19412 Sea Island Drive<br>Pflugerville, TX 78660-5361 | Paula Shine<br>300 Mills St<br>P O Box 53<br>Athens, LA 71003-0053 |
| Pear Tree Enterprises<br>1535 Grimmett Dr<br>Shreveport, LA 71107-6505 | Plunks Wrecker Service<br>108 Jonesboro Rd<br>West Monroe, LA 71292-5618 | Rachel Ricks<br>167 Curry Creek Dr<br>Calhoun, LA 71225-7943 |
| Red Ball Oxygen<br>P O Box 669131<br>Dallas, TX 75266-9131 | Regional Acceptance<br>1424 E Fire Tower Road<br>Greenville, NC 27858-4105 | Renascent Protection<br>5500 Frantz Rd<br>Suite 100<br>Dublin, OH 43017-3545 |

| | | |
|---|---|---|
| Reynolds & Reynolds<br>P O Box 182206<br>Columbus, OH 43218-2206 | Rimcor Inc<br>1205 Jim Walter Dr<br>Texarkana, AR 71854-4826 | Roger M Lee<br>107 Yellowstone Circle<br>West Monroe, LA 71292-2146 |
| Ronnie Harris<br>103 N Chatham Rd<br>Ruston, LA 71270-9423 | Route One<br>16902 Collections Center Dr<br>Chicago, IL 60693-0001 | Roy Head<br>21811 Oak Leaf Lane<br>Bullard, TX 75757-4101 |
| Rusty Murray<br>614 Carrollton St<br>Bossier City, LA 71112-3250 | SUPERIOR MOTORS, LLC, LAWRENCE VAUGHN AND PA<br>320 PINE STREET<br>MONROE, LA 71201-6226 | Service Lane Eadvisor<br>P O Box 737730<br>Dallas, TX 75373-7730 |
| Service Payment Plan<br>303 E Wacker Dr<br>Chicago, IL 60601-5231 | Sheriff, Bienville Parish<br>POB 328<br>Arcadia LA 71001-0328 | Small Business Administration<br>P O Box 3918<br>Portland, OR 97208-3918 |
| Smarts Plumbing<br>P.O. Box 60<br>Arcadia, LA 71001-0060 | Southwest Fad<br>6550 Wuliger Way<br>North Richland Hills, TX 76180-6020 | Southwest Fad<br>6550 Wuliger Way N<br>orth Richland Hills, TX 76180-6020 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Strutts Farm<br>15524 Strutts Rd<br>Bonita, LA 71223-9512 | Sunbelt Transfers<br>3285 Freedom Ln SE<br>Moultrie, GA 31788-7677 |
| Target Glass<br>P.O. Box 21<br>Homer, LA 71040-0021 | The Purple Guys<br>P O Box 306471<br>Nashville, TN 37230-6471 | Thomas G. Martin<br>3117 West 70th Street<br>Shreveport, LA 71108-4605 |
| Town Of Arcadia<br>P O Box 767<br>Arcadia, LA 71001-0767 | Twin Oaks Nursery<br>2700 McDonald Avenue<br>Ruston, LA 71270-7431 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| Unifirst Corporation<br>P.O. Box 650481<br>Dallas, TX 75265-0481 | United Radio<br>5703 Enterprise Parkway<br>East Syracuse, NY 13057-2950 | Vera Bank<br>P.O. Box 1009<br>Henderson, TX 75653-1009 |
| VeraBank, National Association<br>c/o Mark Begnaud<br>POB 1369<br>Natchitoches, LA 71458-1369 | VeraBank, National Association<br>c/o Jon Moore<br>107 Market Square Blvd.<br>Tyler TX 75703-8024 | VeraBank, National Association<br>c/o Mark A. Begnaud<br>McCoy Roberts & Begnaud, Ltd.<br>PO Box 1369<br>Natchitoches, LA 71458-1369 |

| | | |
|---|---|---|
| Webster Printing<br>716 Broadway<br>Minden, LA 71055-3307 | Westlake Financial<br>P.O. Box 847476<br>Los Angeles, CA 90084-7476 | White Distributing<br>404 Underwood Street<br>Farmerville, LA 71241-2432 |
| Wiener, Weiss & Madison, APC<br>c/o Seth M. Moyers<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 | Thomas R. Willson<br>Rocky Willson<br>Attorney & Counselor at Law<br>1330 Jackson Street<br>Alexandria, LA 71301-6929 | Wurth USA Inc.<br>P.O. Box 943948<br>Dallas, TX 75284-0001 |
| b1 Bank<br>800 N. Spring Street<br>Shreveport, LA 71101-3758 | lease on key machines | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Exeter Finance<br>P O Box 650693<br>Dallas, TX 75265 | John W. Luster<br>P.O. Box 488<br>Natchitoches, LA 71458-0488 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Blue Heron Homes<br>27 Wade Road Red<br>Lodge, MT 59068 | (d)Renascent Protection<br>5500 Frantz Rd Suite 100<br>Dublin, OH 43017-3545 | (d)United Radio<br>5703 Enterprise Parkway East<br>Syracuse, NY 13057-2950 |

End of Label Matrix
Mailable recipients   127
Bypassed recipients     3
Total                 130