UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FILED
JAN 1 3 2026
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

In re:                                ) Case No. 25-11050
                                      )
ARCADIA MOTORS, LLC                   ) Chapter 7
                                      )
        Debtor                        )

## LAWRENCE VAUGHN'S OMNIBUS MOTION FOR DISMISSAL FOR CAUSE; RELIEF FROM THE AUTOMATIC STAY; ORDERS COMPELLING AMENDMENT AND CORRECTION OF SCHEDULES, TURNOVER, AND CLARIFICATION OF ESTATE PROPERTY; AUTHORIZATION FOR RULE 2004 EXAMINATIONS; ORDER TO SHOW CAUSE, SANCTIONS, AND REFERRAL; AND ALL RELATED AND EQUITABLE RELIEF (SUBMITTED WITHOUT ORAL HEARING)

NOW INTO COURT COMES Lawrence Vaughn, appearing pro se as a party in interest, who respectfully moves this Honorable Court for the relief set forth herein, and in support thereof states as follows:

1.

These Chapter 7 cases arise from an alleged dealership transaction that was never approved by Ford Motor Company or the Louisiana Motor Vehicle Commission yet was repeatedly misrepresented as completed and lawful.

2.

The Debtors' bankruptcy schedules contain material misrepresentations, including dual and conflicting listings of the same inventory and dealership assets across separate estates.

3.

The Debtors and their principals engaged in unauthorized dealership operations, unlicensed floorplan financing, commingling of proceeds, misuse of trade names and DBAs, and post-order dissipation of inventory in violation of a Bienville Parish court order.

4.

These actions constitute bad faith, abuse of the bankruptcy process, and cause for dismissal under 11 U.S.C. § 707(a), or alternatively warrant relief from stay, turnover, corrective orders, sanctions, and referral.

5.

Movant seeks dismissal or, in the alternative, narrowly tailored remedial relief to protect creditors, enforce state regulatory authority, and preserve the integrity of the bankruptcy process. Movant respectfully requests that the Court:

A. Dismiss both Chapter 7 cases for cause pursuant to 11 U.S.C. § 707(a);

B. Alternatively, grant relief from the automatic stay under § 362(d)(1);

C. Order the Debtors to amend and correct all schedules and statements;

D. Compel turnover of books, records, title documents, and floorplan materials;

E. Authorize Rule 2004 examinations;

F. Issue an Order to Show Cause and impose sanctions;

G. Refer this matter to the United States Trustee and United States Attorney; and

H. Grant all other relief the Court deems just and proper.

SUBMISSION WITHOUT ORAL HEARING

      Pursuant to applicable local practice and Fed. R. Bankr. P. 9014, Movant respectfully submits this Motion without oral hearing, as the issues presented are legal in nature and fully supported by the written record.

_____
Lawrence Vaughn
Pro Se
133 Railroad Avenue
Mangham, La 71259
lawrence@wisecdjr.com