UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FILED JAN 1 5 2026
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-11050 |
| | ) | |
| ARCADIA MOTORS, LLC | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE

Lawrence Vaughn has filed a motion for Lawrence Vaughn's Omnibus Motion For Dismissal For the Case: Relief From The Automatic Stay; Orders Compelling Amendment and Corrections of Schedules, Turnover, and Clarification of Estate Property; Authorization For Rule 2004 Examinations; Order To Show Cause, Sanctions, and Referral; and All Related and Equitable Relief (Submitted Without Oral Hearing), ("the **Motion**") whereby movant, Lawrence Vaughn, respectfully requests that the Court grant relief from the automatic stay pursuant to 11 U.S.C. §362(d), so that Movant may exercise his rights and proceed with the pending civil action in district court. Movant seeks authorization to continue, prosecute, and resolve all claims and defenses in the district court without further restriction by the bankruptcy stay.

**<u>Your rights may be affected.</u> You should read said papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A copy of these papers may be obtained at no charge by contacting the undersigned.

A hearing to consider the Motion will be held on **February 11, 2026, at 10:00 a.m.** at the Tom Stagg United States Courthouse, 300 Fannin Street, Fourth Floor, Courtroom Floor, Shreveport, LA 71101.

If you do not want the Court to grant the relief requested in the motion, or if you wish the Court to consider your views, then on or before **a date at least seven (7) days before the hearing date** (the **"Response Deadline"**), you or your attorney must: (1) file an objection through the Court's CM/ECF system or deliver it to the Clerk of the Bankruptcy Court at 300 Fannin Street, Room 2201, Shreveport, LA 71101; and (2) serve a copy of the objection upon the undersigned at the address provided below.

**IF NO OBJECTION OR RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED WILL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT, OR THE NOTICED ACTION MAY BE TAKEN.**

Movant, appearing pro se, respectfully requests leniency from the Court in considering this motion. Movant is not an attorney and cannot argue complex points of law, but can present and rely upon the facts and evidence contained in the attached exhibits. Movant requests that the Court decide this motion based solely on the written submissions and exhibits, without oral argument, unless the Court determines a hearing is necessary. Movant does not intend to appear or present additional arguments and will rely entirely on the facts and evidence contained in this motion and its exhibits. Any objection filed will be considered by the Court against the exhibits and factual record provided herein.

_____
Lawrence Vaughn     01/15/2026
Pro Se
133 Railroad Avenue
Mangham, La 71259

_____
318-267-1396
lawrence@wisecdjr.com

# CERTIFICATE OF SERVICE

      I certify that I have served or will serve a true and correct copy of **LAWRENCE VAUGHN'S OMNIBUS MOTION FOR DISMISSAL FOR CAUSE; RELIEF FROM THE AUTOMATIC STAY; ORDERS COMPELLING AMENDMENT AND CORRECTION OF SCHEDULES, TURNOVER, AND CLARIFICATION OF ESTATE PROPERTY; AUTHORIZATION FOR RULE 2004 EXAMINATIONS; ORDER TO SHOW CAUSE, SANCTIONS, AND REFERRAL; AND ALL RELATED AND EQUITABLE RELIEF (SUBMITTED WITHOUT ORAL HEARING)** as follows:

- **By electronic notification through CM/ECF** to the debtor, debtor's counsel, the Chapter 7 trustee, the United States Trustee, and all parties registered for electronic service in these cases.

- **By United States mail, first-class postage prepaid, and by certified mail where required under Fed. R. Bankr. P. 7004(h)** to all remaining parties listed on the creditor mailing matrix.

Attached hereto is a copy of the creditor mailing matrix.

**Debtor:**
Arcadia Motors LLC
3117 W. 70th Street
Shreveport, LA 71108

**Debtor's Counsel:**
Thomas R. Willson
Rocky Willson
Attorney & Counselor at Law
1330 Jackson Street
Alexandria, LA 71301
rocky@rockywillsonlaw.com

**Trustee:**
John W Luster
P.O. Box 488
Natchitoches, LA 71458-0488
Luster_j@bellsouth.net

**U.S. Trustee:**
Office of U.S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

_____
Lawrence Vaughn   01/15/2026
Pro Se
133 Railroad Avenue
Mangham, La 71259
318-267-1396
lawrence@wisecdjr.com